```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
                                             :  DOC #:_____
 Valeria Soltanik, et al.,                   :  DATE FILED: 1/31/2020
                             Plaintiffs,     :
                                             :   19 Civ. 5437 (LGS)
 -against-                                   :
                                             :        ORDER
 United Technologies Corporation,            :
                             Defendant.      :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Amended Case Management Plan states that the parties shall attend a status conference on February 6, 2020. ECF 38 ¶ 13(b);

WHEREAS, the Court is aware of no issues to discuss at this time. It is hereby

**ORDERED** that the February 6, 2020, status conference is CANCELLED. Either party may file a letter requesting to reinstate the status conference no later than February 3, 2020.

Dated: January 31, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**